8/18/2023

Case # CV-66043-RB-GJF
23 CV-00154-JB-LF
✓22-MJ-1089 DHU
✓23-MJ-180 KBM

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2023 AUG 28 AM 1:38

Patrick Beck #08924-510
FMC P.O. Box 15330
Fort Worth
TX 76119

To the Honorable Court and District Clerk and Attorneys:

Thank you for assigning a new attorney to my case in a timely manner. I greatly appreciate you taking the time to read my letters and present my case. I made some errors in my recent letters. I should have taken the time to edit them. I am at a disadvantage without access to a computer or the internet. I have limited materials and resources. I'm also used to editing and writing on a computer and not by hand. Please allow some leniency for my grammatical or writing errors as I am only human and I strive to be a better writer, to make sure I don't come across the wrong way, as what drove me to prison today.

Many of the text messages I sent were automated or through A.I.. I used a lot of emojis as well because when mixed with politics, is kind of funny. I did send a lot of automated messages without considering the context it could portray in a court setting. A lot of this was in the heat of the moment and out of human error.

I noticed in document #21 of case 23 CV-00154-JB-LF, Pages 4,5,8,54 now, missing. On 8/16 I spoke with the clerk and was notified Brian Pori has been added to my case. There was a court date on 8/17 and a hearing scheduled for the 25th. I have attempted to call Brian and have had no luck yet. I was informed that a Zoom call for the competency hearing is a good strategy, if Mr. Pori agrees, then a Zoom call is the best choice. I hope to be offered a chance to talk without interrupting this time. I am concerned Mr. Pori might not have enough time to speak with me, review the case load, and collect evidence material to my case. I have analyzed everything and need a chance to defend, cross examine, and present. ①

BOP is limiting my access to resources such as Stamps, legal work for my case that Otero took from me in May, Phone access, and access to my funds that I had at CCCC in April. The Funds have been missing in the amount of $1,400 and 17 folders of legal work, including discovery material, evidence for my case, and case work or letters were taken from me at Otero Prison. The staff at BOP has not helped me to obtain my funds or legal work, limited access to stamps, and not given me BP-9 § 5P-95 forms or access to the grievance process.

I. Violations of 6th Amendment rights.

A.) In May of 2023, the guards at Otero Prison took my legal work, including discovery material and letters from the public defender office, as well as contact information and copies of my cases. There was material necessary to my defense. It is August and I have not received my legal papers. The CO at FMC Fort Worth (crc), has denied and ignored my requests to contact Otero to recieve my paperwork. The Prison guards and staff have shown deliberate indifference.

B.) I raised the issues regarding the mental evaluations to Dennis Candelaria, he misrepresented me by not allowing me the right to object, raise issues, cross examine, or offer evidence. Instead, he raised competency after telling me he was not going to. I have a right to a competent attorney. Dennis claimed he knew nothing about psychology, yet tried to force me on medication since he picked up my case. He withheld my UNM college transcripts, that prove I went to college for Electronics Computer Engineering, Chemical Engineering, and am one class away from a degree in Psychology. He did not tell the truth at the appeal hearing and was mad at me because of last minute allegations, of which are false. The Doctors relied on these allegations. This is malpractice by Dennis's & the Drs. ②

C.) Since May, Dennis told me not to call him. He then claimed that I thought everyone was conspiring against me. He was inactive on my case, which proves prejudice. This prejudice arose from statements made against me, of which triggered the case and psychology evaluations in the first place. The evaluation was biased and a false positive resulted, denying me release. This in turn has caused 4th amendment violations and irreparable harm to my business, finances, and property. Dennis failed to seek release as soon as possible. This deprives me of life, liberty, property, and due process.

D.) The Government actors, informers, and alleged victims violated my 6th amendment rights and the texts are insubmissible as evidence. The complaints rely on these messages as evidence and without the messages, there is no case. The lawsuit is valid and the complaints are in violation of constitutional amendment rights, subjecting the USA and agents to liability. The reason being that DWD, SB, KPJ, HG, and their partisan members online and in the Government effectively conducted a smear campaign to have me arrested and committed. Their groups talked about doing this to me online and I documented these conversations. This conduct began in 2019. HG, SB, KPJ, and many others used false allegations to defraud my campaigns to snuff me out. They used followers online to harass me, threaten me, and spread gossip and rumors of slander, defamation, and libel. This subject matter was posted online using my public image, name, and private information as well as business name. HG, SB, & KPJ used these rumors to deliberately elicit the messages they sent to the FBI, law enforcement, and courts. The messages I sent were deliberately elicited using a nasty bullying scheme. The FBI knew because I called them & filed many IC3 reports as well as police reports. The alleged victims used social media to elicit messages from me, which in turn were used for arrest. The FBI & law enforcement aided them by claiming I was ⑤

delusional and taking their messages out of context. The FBI in turn took the elicited responses from me and took the messages out of context, then posted them in a fabricated manner. I was also coerced into sending these messages by the group, who acted as if they were trying to help me, which tricked me into sending messages back when I refused to respond. Dwd instantly sent these deliberately elicited and coerced messages to Eric Bruce of the FBI. This is a form of interrogation using fabricated rumors to elicit responses through the use of government informants. They kept accusing me of crimes I did not commit, then used my responses to form a case and fabricated stories around the elicited messages I was deliberately coerced into sending. Law enforcement harassed me and asked me questions while spying on me everywhere I went, to further add pressure. I knew they were following me around, then law enforcement claimed I was delusional. Dwd & SB's sponsor committee spread the same bullying tactics and rumors online. FBI and Law enforcement claimed that the threats I recieved online and via email or text message were civil. I was told that I could say anything back in my defense and had every right to do such. I was then immediately arrested and accused of many things that are not true. The FBI showed deliberate indifference towards me by using selective enforcement and gave me bad advice, which is entrapment by estoppel. I was told that if I plead, I would have access to my evidence and could bring it up to probation to have them arrested. I'm not falling for it, because if the FBI already knows these crimes were committed to arrest me, then the other side would be in jail and I would have been released. I was arrested after Eric Bruce witnessed people on Reddit threatening to come after me, they then had someone break into my truck while Dwd continued this scheme. I was threatened and told by a fake email that I didn't have friends in the FBI & they did. They broke into my truck, I was arrested and my studio ④

was broken into. The twitter account @destinationdabz and @Phi0866866 as well as the email account Neicewaldhofer@Protonmail.com are associated with ~~these~~ these crimes. They told me they know SB, DWd, and spoke with HG. @destinationdabz is a drug dealer who owns many weapons and @Phi0866866/Neicewaldhofer@Protonmail claimed he had me robbed by someone he knows. He was pretending to be DW & told her she was going to die, he claimed to have been involved in DWd's suicide scheme, which DWd told me they intended to use on me to force me into suicide, jail, or a mental institution. SB, HG, & KPz have aided in forcing this upon me. That is why they lied to Dr. Larsen. and AUSA.

The same mechanism was used to deliberately elicit those messages from me. This raises the issue of politics, duress, mens rea, entrapment by estoppel, fabricated police reports, deliberate elicitation, and coercion. These are exemptions from 875(c). I was never near KPz, DWd, HG, or SB in a physical way. The case relies on their inconsistent stories, hearsay, and elicited messages. The elicited messages were of duress and without knowledge of them being viewed as threats, the FBI piecemealed and cherry picked this information together. Just because I was beginning a presidential campaign, does not give people the right to form a lynch mob with slander and elicit messages because I refused to confess to made up allegations. The cases brought against me are deceitful, lack merit, and in continuation of a bullying scheme the perpetrators began to elicit messages and have me arrested through any avenue they could devise.

II  4th Amendment violations

A. Cibola CCC took money away from me in the amount of $1,700. This money was on my account in April. I have asked BoP Staff C.O. Cruz to help me get

⑤

the money back. It has been 4 months and the money has not shown up, nor has the staff helped me. I have also been denied access to the grievance process. This violates my rights to property and limits my resources.

B.) The warrant was ~~ill~~. Filed against laws and Federal regulations. The probable cause was established by coercement, deliberate elicitation, and civil rights violations. There is an overwhelming amount of hearsay and inconsistent reports. I told law enforcement and the FBI. I filed many reports, and they should have known because of the lack of evidence and posts I made online, which were referred to, but not looked at or investigated. I provided a clear showing of what was actually going on. The FBI had easy access to this information, stated they received my reports, and acted out of deliberate indifference, which serves a discriminatory purpose based on alleged delusions and mental impairments as well as politics, which is prejudicial.

C.) Excessive pretrial holding under these circumstances violates my right to Freedom and Property. I have lost over $250,000 worth of property and business as a result. I lost everything I owned and was barred from accessing my contacts because my phone was withheld and the information was only given up after I lost everything. Dennis then did not allow me contact information or access to witnesses because KP & they alleged that I threatened family from jail, which I did not do.

D.) The alleged victims used the slander, defamation, libel, and elicited messages to damage my business. They told people not to buy from me or support me because I was a Meth addict, drug dealer, and sex offender. This                           ⑥

got on my nerves because I couldn't have normal conversations or conduct business without one of SB's friends interfering or ruining my life. It took them 3 years to bankrupt me and bring charges against me using these deceptive tactics. DW even mentioned that she would have been more suspicious if they hadn't of raised red flags about me because of my huge following and political activities, along with my inventions ± The Warp Speed Formula. This made up blackmail caused irreparable harm through the use of tort, humiliation, defamation, slander, pain, suffering, damages, control, antagonism, and so on.

This irreparable harm began in 2003 when HG abandoned me and caused me to suffer because I wanted to know about my real father. The ~~Bee~~ Peril has continued through my entire life. SB saw this as an opportunity to profit from my suffering. SB is in the same industry and combined forces with HG. HG & KPL have been in cahoots since they were children. They began the controversy because I found out who my real father is as the first step in my presidential campaign in 2019. My reputation has been damaged to an insufferable degree. I never had unwanted sexual contact with anyone. Their negligence and false allegations has continued to harm me and prevent me from release or running for president and fundraising. This tort is actionable under 1985 & 1983 claims.

III. Operation Warp Speed and The Warp Speed Formula.

Before I dive into the next section, it is important for you as a reader to know and understand what my presidential campaign was about and how I invented The Warp Speed Formula (WSF). ⑦

This claim is the most important of all of them because WSF lead to Operation Warp Speed and Operation Unity. I understand that many people may think I am delusional or crazy, as many people online believed, but it is real and true regardless of hearsay.

Shortly after Mike Files told me he is not my father in 2019 (March), I found out Juan L. Gwiego matched all stories and information from all sources and DNA information as my father. This is important because to run for President of The USA, by law you have to be a natural born citizen and not have aristocratic rights to another country. The constitution clearly states this. Juan L. Gwiego was a brigadier General at the time at Sandia labs. I met him when my mom HG worked at the labs and had a security clearance at D.O.D.. My grandfather Peterson and step grandparents Wiley & Jane Gladson worked at Los Alamos Labs on nuclear ops. Juan was in change of nuclear ops. at Los Alamos and Sandia.

Shortly after I figured this information out, I invented The Warp Speed Formula. (WSF) WSF is derived from Einstien's theory of special relativity. Einstien theorized that a theory of Everything is plausible. I studied these theories, formulas, and postulations to form my own theory. I realized that by integrating Fermant, Bohr, Bohm, Hawking, Openheimer, and Newton's laws and theories into one simple formula, that I could solve many problems in quantum & theoretical physics. I found many errors in the theory of calculus regarding irrational numbers. Openheimer theorized that the Higgs-Bosson AkA "God particle" was what connected the fabric of space, I found that no one had ever

⑧

mathematically integrated space and time into one formula. In order to do this, I needed a new form of mathematics. The decimal system uses 10 digits, 0-9. This is used to approximate measurements in a universal system. Binary for instance uses two digits, 0 & 1, which represent low and high voltages in electronic semiconductive systems. Logic gates then are used to perform calculations to solve problems, of which computers are programmed.

In quantum mechanics at the sub atomic particle level, of which is required to solve the Higgs-Bosson, the decimal system becomes ~~obsolete~~ obsolete. I invented a new way of describing quantum mechanics using infinite derived theories. This system matched everything regarding quantum theories from string theory to M-theory and particle theory. The decimal system doesn't work as efficiantly because of irrational numbers such as $\pi$, $\sqrt{-2}$, $\sqrt{39}$, $\frac{0}{1}$, and so on. The theory of zero is not concurrent with Newtons law that Matter cannot be created nor destroyed. Stephen Hawking's theory of black holes and worm holes did not match Einstiens theory of special relativity. The duality problem of electrons being particles and waves, along with the problem of detecting electrons locality or velocity, but not both ~~the~~ also poses some problems when forming a theory of Everything and combining all of these theories into one simple equation. The other problem concerns neutrinos and quantum entanglement. I thought about these problems for years. I asked my grandfather Otis Peterson many questions regarding this stuff. He

⑨

doesn't have all of the answers, but has a PHD in Physics and worked at Los Alamos on nuclear ~~energy~~ projects. He kept my mind thinking about answers, and so did my ~~teachers~~ at UNM. In March of 2019, is when it suddenly came to me. The Solution was there the whole time.

I postulated that an infinite based numbering system was required. I then realized that black holes and worm holes were places in outer space, of which ~~be~~ light could not escape. This means there is a point at which that gravity can accelerate passed the speed of light. Einstein claimed that light is the fastest that a particle can travel in the known universe. Hawking proved that not to be the case in his theory of black holes, because if light cannot escape a black hole, then something must have a pull of which is faster than light. I then realized the answer. Time and space integrated into one formula to infinite dimensions, is the mathematical equivalent of a black hole or worm hole. This means that a particle can travel faster than the speed of light, which I labeled as warp speed. $WS = \int_{\infty}^{\infty} TOS\,DCS$. I sent this to my grandfather and began Operation Warp Speed. (O.W.S) This is in fact what my Presidential campaign was about and what the messages originated as. This led to a fight with my family and many others. I did not want to be known for OWS publicly until my Patent was ready.

I came up with a plan based on the formula. First, I had to find a way to test it. I told my grandpa Peterson that C.E.R.N. could test it. This is the particle accelerator in Switzerland.

(10)

CERN in October of 2019 proved that a neutrino particle can travel faster than the speed of light. This made my formula scientifically acceptable. This then formed in conclusion with W-theory, which is a theory of infinite universes and dimensions. My plan for OWS was complex.

    The overall goal of OWS was to unite the world using WSF. Basically, I realized the many applications a formula like this could have. Just look at $E = Mc^2$ and the applications. Even simple equations such as $x^2$ have tons of applications. Applied mathematics is powerful. Consider neural pathways, or pathways of outer space, even just the microscopic world is infinitely complex. I realized the solutions WSF could provide regarding calculus, DNA/M-RNA research, quantum mechanics, and the relative sciences. Everything we know is based on a relative format of logic, derived from our synapses, psychology, and genetic molecules. All the way down to our very existence and soul. It is our way of looking at the universe that allows us to understand it. I offered another explanation. I believe this can solve many problems that we thought could not be solved. This theory makes a smooth, seamless solution to approximating curvatures. Basically, a perfect sphere or curved surface is infinite, hence why the number (or algorithm) it never repeats itself. It is an approximation of a curvature & because of the decimal system, it goes on forever. I figured, well if we can't even solve a curve, then how are we going to figure out the rest of this stuff. That is what created Operation Warp Speed and The Warp Speed Formula.

⑪

I made a plan. My campaign was based soley off of this theory and operation. I figured that we could potentially solve many things because of this approximation problem. These problems are programmed into every single computer that we use to solve problems like what we face on the daily basis in society today. Things like energy, cancer, DNA, vaccines, physics, chemistry, all rely on calculus and computer calculations. We couldn't figure out a model for a quantum computer or other solutions because our models have already been calculated to their limits and capacities. Computers generate tons of heat and waste loads of energy because they operate on an inefficent model using electron chemistry. Our brains on the other hand, are highly efficent models for deriving calculations. The formula I created, helps solve these complex algorithms and problems. A single quantum computer can theoretically do the calculations of a million computers in a matter of seconds. There was no theory to match. I just looked at these problems and found a solution that might work.

It gets more complicated, but the arguement is that I did invent this formula and subsequent operation. The campaign then became, how can we apply this. I figured, hey maybe if we made schooling and education credits count as currency, we can develop innovation instead of wasteful products. Capitulism helps, for the wrong reasons. It is focused on making money, regardless of waste or ecological impact. What if this was not the case. What if society was structured in a way to solve problems. (12)

That is the idea behind Operation Warp Speed. IF education was the primary goal and there was one world currency, we could structure society around ethical practices and have a lasting environmental impact for generations to come. The idea was to forgive student loans, offer educational incentives, and form a new way of success that benefits us all. The focus would be working together as a global society to further human and ecological benefits. This could give a way to offer good samaritan credits and set education on another level. I believe that through integrated networks, we can solve any problem faster and with more reliability by working on singular goals as a globe, United. That is essentially what O.W.S. is all about. In a time like today, these solutions become dire. The world is heating up faster and faster. Global climate change is a crisis and Operation Warp Speed is a solution to this crisis.

My evidence to prove this, is COVID-19. Operation Warp Speed was picked up by the department of defense towards the end of 2019. My deal was that the US government could use my idea, granted I retain 100% ownership. I requested $21 billion because I calculated the amount of silver my great great granpa Juan Carlos Griego brought in from the conquest of Mexico in 1889 as documented by the Senate, would be worth $21 billion today, with interest. He lost his wealth in WWII and invested it in New Mexico and the founding of Albequerque according to documents and records I found. I wanted the research to continue after the COVID-19

Vaccine was completed. I did not want my name to be out there, until my campaign was ready and my patent was filed. This stirred up the controversy in the criminal complaint. There were many things going on. Some of which, was the result of things my abusive mother told me, hence the messages. I did not want these thoughts getting in the way & I disposed of these thoughts via text. I wanted to focus on other things and ergo, I sent the messages. It would have been better had I just written them down and burned them, the problem being that people continued harassing me, threatening me, spreading mischief and gossip, etc.

   I had to prove that my warp speed formula and Operation warp speed could accomplish great things, beyond belief. OWS solved the vaccine for Covid-19 in 6-8 months. Vaccines normally take 6-8 years. OWS made $21 billion in it's first year. I even know the logistics expert for MRNA who managed $10 billion of the funds. He wanted to work with me on more projects. The research has opened the doors to use DNA/MRNA solutions for diseases such as cancer and Aids. I outlined this plan in 2019 via text and email. I realized money always got in the way of solutions. I wanted to maintain ownership, but reinvest 100% of the proceeds back into Operation warp speed. Oxford and Moderna lead the way for the research, along with Pfizer (PFE). I am the sole owner of the patent. I took a leadership program at Oxford to help me in the future. Many personality tests I have taken,

(14)

have rated me at 100% on the leadership spectrum. I took these tests when applying not for a Job For Tai Lopez because I was part of his Ambassadorship Program, I am an Ambassador for many brands worldwide. My grandfather Otis Peterson was an Ambassador Science attaché For the Queen Elizabeth II of England from 1991-1993. This in turn, by law makes me an internationally protected person. I am the family member of a previous Ambassador, and many other Ambassadors such as Juan Carlos Guriego throughout history. This qualifies me under 22 USC, § 254(d) for diplomatic immunity.

A motivating factor, is my great grandfather Walter Moore. He was a Colonel in the Marines. I promised him I would follow in his footsteps and go one step further. A promise is a promise. Also of note, my aunt kirsten (KPd) and uncle Christopher Peterson met a President when they were teenagers. It was either Bush SR, or Ronald Reagan. I can't remember exactly which one, but my grandparents Otis and kathleen Peterson have Pictures to prove it. My grandparents also claimed that they did not tell the FBI these things, of which the FBI Filed in the affidavits. Eric Bruce made a lot of nasty and malicious allegations that are not true, or factual. I aided the FBI and law enforcement along the way and this qualifies under downward departures. All it takes for immediate reversal is one mistake. There are numerous mistakes in the criminal complaints.

§ 57, 58 may apply regarding diplomatic or military secrets. § 22 Privaledge of confidential information applies because of my Patent and

(15)

campaigns. Many of my communications are considered as confidential information under US vs. Nixon. I have factual evidence that proves these are not delusions. This case is not about harming people with text messages. I was putting my thoughts down without a filter and it got out of hand. Running for President creates a lot of pressure, especially when combined with slander and controversy. I did not consider the outcomes or points of views, I wanted to analyze my thoughts, change my perspective, and show how these rumors made me feel. My anger got out of control in response. I have analyzed and assessed how irrational these thoughts were. This way, I can change my distorted thoughts and turn them into rational thoughts. I learned this through cognitive and positive psychology. I made mistakes by sending the messages of irrational nature. The hate and humiliation really got to me because I never did the things that SB accused me of.

The campaigns were real, the gossip and responses were superficial. I was upset and venting because OWS was more important than rumors and gossip. It was supposed to be about what we can achieve, not about slander and hate. The political discourse was more than I could handle. I knew it would be from the start. IF I had access to a laptop and my documentation, I could prove everything I have written. These are extraordinary achievements and warrant downward departures. I gave substantial assistance to the government. I made massive contributions to society. Operation Warp Speed is the biggest achievement I have implemented. Since I was a child I believe that anyone can achieve their goals and dreams or ambitions. I recognized this power when I sought (16) to graduate high school at 16 years old, then went to travel the world, and solve this theory.

IV.  5th Amendment, 1st Amendment, 14th Amendment

No person shall be held to answer for an otherwise infamous or capital crime unless indicted by a grand jury. I have been held for 14 months. Many notions in this case are devoid of factual basis. These irrational distortions are meritless and include fabricated evidence. I am no better than anyone else. We all have our strengths and weaknesses. It takes a team to succeed and I believe in team USA. It saddens me that I have been deprived of life, liberty, due process, and property over the general election. This deliberate indifference goes against everything we believe in as American citizens. The universal sense of Justice has been undermined. I am being subjected to potential torture. I have a right to not be forced psychotropic medications or be involuntarily committed. This violates due process when release is pending in appeal with deferment. These violations are prejudicial. It is in the best interest of society and the government to let me go and continue my campaigns as well as operation warp speed. The government has a duty to protect my family and I. Which includes arresting people involved in this bullying scheme.

This is an issue of status. The precedent of this case, at the core, is regarding the concern of First amendment rights in the interest of "Robust, uninhibited, and wide open" or colorful language in debate with respect to public affairs. New york Times Co. v. Sullivan, 376 U.S. 254, 270 (1964) This was an expression of ideas and grievances pertaining to how I was being treated. People had every right to ignore me or tell me off & to leave them alone. IF they however continue the conduct towards me, then I have every right to respond.  (17)

If they wanted me to stop responding, they could have stopped antagonizing me. They sought control and entertainment to find things to black mail me with and use to arrest me. This is deceitful & prejudice to allow such conduct in the first place. I told SB, HG, KP, Dad and others I would sue them and take their properties if they didn't stop. They still have not stopped and it's cost me everything I owned. I got caught up in their games and I will not allow it to happen again.

I have the choice not to be angry and realize the anger towards me, has nothing to do with me or how I choose to react. The proper choice is to correct my behaviors to bullying towards me. The alleged victims lashed out at me by accusing me of things that are not real. Where my responsibility begins and theirs ends is my choice of words in reaction. I can't control anyone other than myself. They harbored anger and negative energy that I allowed to control and manipulate my life. It ruined my happiness and success. They then picked on me in and out of court to their hearts content, which is where I draw the line. I draw the line at aggressive behavior and wrong doing. I am concerned they will never learn their lesson because they continue to get away with it, while I take the punishment and blame. No one is going to stop them and I have to learn to live the rest of my life with it. I can only choose my actions and emotions since the laws are not being followed. I have to continue suffering and they will continue getting away with it. Their double standards don't effect my choices and decisions. I am a better person than they have made me out to be, and I am not going to get upset over their childish behavior. I don't care if they call me delusional, I know better, I know the facts, and I am better than their false accusations.

(18)

V. Coercion, Duress, & mens Rea, Selective enforcement, & bias

IF I am delusional, then none of the messages I sent are based on reality. 875(c) specifically states the messages must be real threats, that would put a reasonable person in fear or danger. IF the alleged victims claim that I'm psychotic and delusional, then they have acknowledged that none of this is real. IF none of this is real, then it would be unreasonable to be fearful, Like being scared of ghosts or the dark or things that never happened or would happen, nor have a likelihood of happening.

Replying to stalking behavior towards me, is not stalking. I never violated restraining orders. HG never served me and I did not go to Washington State. SB violated her own restraining orders by provoking others to contact me using coercion, which put me under duress. I was also coerced into addressing these issues that became of public concern and put me in reasonable fear for my life. They actively participated in election interference and deliberately elicited messages in combination with coercion.

875(c) is unconstitutionally vague, what is a reasonable person standard. SB told Dr. Larsen she contemplates suicide. SB owns guns and has a medical marijuana license, which is a felony. HG is also a danger to herself and ran out in the middle of traffic on a busy street in Vancouver, she reported seeing me in her backyard, which isn't real.   (A)
She also owns guns. KP2 reported having paranoid delusions about me

going after her when I was in a different country. KPD reported having numerous psychotic diseases. She also owns guns and suffers from a head injury. She got in a motorcycle wreck. DW2 reported being schitzophrenic, stalked me, and claimed to have a sexual relationship with DW, when he hardly knew her and never met her. She had no intention of meeting DW2. All of them have delusions and are dangerous or suicidal and pose a threat to society. Their testimony is unreliable, and for Dr. Larsen to claim that only I am a danger based soley on this testimony and my responses to them, questions his ethical integrity and poses a significant form of bias and selective enforcement by law enforcement. This raises evidentiary issues. I didn't have guns. SB also claimed to be in custody of 2 children with autism, yet she smokes pot, owns an assault rifle, she threatened me with online, and reported being suicidal. She also reported hallucinations of me being in her back yard spying on her in her bushes. If that was true, why didn't she shoot me or call the police. This case hinges on credability and a pattern of misconduct. These are not reasonable people or reasonable assumptions being made.

The FBI cherry picked and piecemealed my messages out of context with twisted assertions that prove deliberate indifference and prejudice. These distorted assumptions are clearly hypothetical and not based on fact. Ideas, no matter how vulgar or upsetting, are not true threats. The strawman logic runs throughout the complaint. My due process rights have been violated to serve a discriminatory function. This violates the law, constitution, and ethical responsibilities. I filed many reports on real criminals involved in numerous crimes. I was then accussed by them and arrested. The judicial system in this respect is clearly defective and gives rise to selective enforcement.

20

VI   Due Process

There are numerous inconsistencies in the reports, discovery, evaluations, evidence, testimonies, and complaints. I have not been indicted nor released. I have not been given a chance to defend myself, cross examine, or offer evidence. The exculpatory evidence I documented prior to release has been withheld. This evidence contradicts the claims being made. It has been 14 months and I have suffered irreparable harm as a result. This information is vital to proving that I am not a danger to society. Substantial due process violations have occurred. Involuntary commitment based on prejudice and hypothetical assumptions is in violation of due process.

The alleged victims had masses of people stalk me online and in person using sexually explicit claims they made up. They claimed I was a drug addict, had guns, was a threat, etc. Matty White (MW) for instance took my message out of context when I was referring to a news story that was included with the text message. The news story was about the FBI/CIA S.A.D. covert operations anti terrorist group that carries out extra judicial killings for political purposes. MW & SB took this out of context & claimed that I was threatening mass killings because I was referring to their group as terrorists for threatening me. It is unreasonable to assume that I could had the SAD task force carry out such orders, and if that was the assumption, then it would be the FBI/CIA that was the threat. I would never do something like that. The thing missing are the posts that MW/SB/torchtalk was posting obligas that I was responding to. The FBI didn't hesitate to claim I made threats of mass shootings & would have guns, when I was talking about ㉑

the FBI/CIA task force. So if anything, it would be them who are the threat being capable of carrying out such a thing. This would be unreasonable to assume and can be seen in the discovery. MW even asked if it was a threat & I told him it wasn't. He was just mad because he lost his job over SB's false accusations. I told the owner of Champs trade shows I was suing & he told me he didn't know about SB's accusations about me at Champs which is also not what SB told Pueblo police in November 2019. Her report was closed because of inconsistencies. I deleted SB & HG's numbers in 2019.

The facts are disputed, despite these assertions. The longer I waited to address these false claims, the worse my life has become. The more I tried to stop them, the more they attacked and blackmailed me. The texts are not clear expressions of my thoughts and could have been worded differently. This would have avoided confusion or manipulation. I wasn't expecting the whole world to use every last text in one context or another to make me look bad or psychotic. Some things I was fairly assertive were my political stances on things. "Implied" alleged threats are not real threats. It took 3 years for them to piece meal this together. There were 60,000 texts to choose from. The information is conveyed implicitly. I have a right to amend my words, just as any witness does when replying to interrogatories to convey their meanings in the usage of such words. There are many slang terms and usage of words that can convey many different meanings. These pretrial holds are evasive, for punishment and for invasive investigations. I have a right to be treated fairly and with respect. The proper remedy is to dismiss these complaints with prejudice, arrest the real criminals involved, and award

(22)

for damages to recover costs, losses, and allocations. I need help repairing the damages to my reputation and life. The cost to rebuild my reputation, brands, image, credit, campaigns, and to clear my name from these countless baseless allegations is substantial. The people who filed false reports and lied to federal officials in their capacity, ~~she~~ must be arrested.

Abraham Lincoln asked his audience, "If you call a tail a leg, how many legs does a sheep have," "5," they would yell, "No, Four, calling a tail a leg doesn't make it one." Lincoln would answer. Calling a text message in lieu of everything else surrounding it a threat, doesn't make it a threat. Especially when the message was a deliberately elicited response, of which was provoked for the very purpose of misleading an audience ~~or~~ or for the use of black mail, slander, defamation, or libel.

I also must address the issue of duplicity and multiplicity to ensure a fair process. This issue exists because the complaints allege 4 changes, when it is concerning one change under Federal guidlines or procedures. It is from the same single course of conduct, and stalking does not apply. This is a miscarriage of justice. The evidentiary issues alone are grounds for dismissal, with downward variance and departure. I have already served the time for 875(c) and not been given a fair opportunity to defend. The extensions warrant dismissal under speedy trial rights. 22 USC §254(d) has been violated, along with other clear violations that warrant dismissal with prejudice. Thank you for taking the time to read my writings regarding this overwhelming case. ~~please~~ ~~~~ Truthfully Submitted, Patrick Beck.   (23)



NORTH TEXAS TX P&DC
DALLAS TX 750
22 AUG 2023   PM 10 L

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 8 2023

MITCHELL R. ELFERS
CLERK

US District Court
Office of Clerk
Suite 270
333 Lomas Blvd NW
Alb, NM 87102

87102-227470

Patrick Beck #0892475-510
FMC Po Box 15330
Fort Worth, TX 76119