FILED
UNITED STATES DISTRICT
DISTRICT OF NEW MEXICO

2023 SEP 11 AM 11:

CV-00043-RB-GJF
23-154-JB-LF
23 MJ 1089 - DHU
23 MJ 180 - LABRM
Las Cruces Campus

Patrick Beach 08904510
FMC Fort Worth
P.O. Box 15330
Fort Worth TX 76119

I. Dismissal of both Criminal Complaints with Prejudice
is Justifiable and warranted.
In partial, this is a motion to dismiss both criminal
complaints that have been filed against me and also
outlines the Constitutional violations and legal violations
in filing these criminal complaints, of which is
unjustified.

The complaint only contains fragmented parts of a larger
whole regarding my conduct and behavior. FBI agent E.B.
only showed part of the texts, in efforts to match the
fictional heresay and fabricated evidence concerning witness
testimony, of which is unreliable and the alleged victims
have all shown a pattern of such conduct. This is corrupt,
scandalous, illegal, and a method of controversy that
arises from purely political context and conduct. The Prosecution
has used flawed logic and knowingly deceptive practices.
This is a form of manipulating awareness to the court. In turn,
they have withheld exculpatory evidence for over a year to gain
an unfair advantage. This malicious abuse of process is
a form of blackmail and contempt using inferences that are
illusory and delusional and not based on reality. I.E.
accusing me of being "obsessed", "delusional", or "stalking".
The whole of the circumstances has been withheld to produce
a bias using prejudice, name calling, tort, Poison holding,
violate presumptive innocence, bully, and make implications

①

by way of out of order texts in limelight. I would equate this to looking at the function of a cell and claiming the entire body works on only the Mitochondria. Or looking at WWII as only one bar fight between officers and claiming WWII was centered around a bar fight. The overall situation included hundreds of thousands of messages and thousands of people. There is an implicate order that must be considered, and it will take the better part of a decade to review everything that occurred. A person doesn't get sick when the functioning of a single cell stops, and I am not the sole proprietor of the conduct in question, which proves prejudice and bias focused on me and things that never occurred nor happened.

The FBI has no business getting involved 4 years after I filed the first report with them, prior to me responding to this conduct geared soley towards me in retaliation for me just merely posting online that I was going to run for President of The USA. The investigation is no excuse to hold me for a year without an indictment regarding soley my text messages that were never responded to. Grand Juries are prohibited from engaging in fishing expeditions, of which are arbitrary. They have initiated an investigation out of intent to harass me and out of malice. This conduct can be seen through the course of conduct on the alleged victims behavior and resultant behavior of law enforcement. -Trump VS. Vance July 9, 2020   ②

The law enforcement officers in New Mexico acted in bad faith. Denver Police Department and FBI in Denver, Colorado as well as the D.A. in Colorado would have never made these types of mistakes or arrested me in this mannerism. They knew better and so should APD & Albuquerque FBI officers. This arrest was based on gender and race as well as politics. They made legal exceptions based on gender & connections of which are gang affiliated or "friendly" connections in the community. I.E. Kirsten Peterson's friends in law enforcement as well as Heather Gawlick's friends in FBI through martial arts. Shayla Behrman's business ~~affiliate~~ affiliats with Rashan O. Jones in Albuquerque, who's wife Tarya Jones used to work at Bernalillo D.A.'s office. Lawyer connections and efforts to compete with my business as well as political ties are also in effect, I.E. Judges appointed by Joe Biden. There is a substantial amount of evidence proving so. Also, Dr. Larsen & Dr. Brovko's use of "empirical" analysis that is not fact based, biased, and the conflict of interest regarding the fact that I am pursuing a degree in Psychology and have one class left to earn a degree. All of these factors and then some need to be taken into consideration before holding me liable, not after arrest as has been done.

The text messages are not real threats. Threats are defined as a communication that would place someone

⑤

in immediate or real danger, Many of the messages were jokes in reference to the nasty accusations that had been made towards me and influenced a large group of people to threaten and harass me as well as stalk me online and in real life. Some of the messages were political hyperbole and my way of giving them a taste of their own medicine. Some of them were direct quotes of things that were said to me or implied about me. For instance, Heather Gawlick threatened to shoot me in the head when I was a kid and also told me she would "cut them up into itty bitty bite sized pieces". Heather's friend Wade Wyss had also threatened to shoot me in the head and bury me in the desert on my 13th birthday 9/1/2003, when he illegally forced me to sign myself into Mesilla Valley after New Day homeless shelter threatened to charge Wade and Heather with child abandonment and neglect. ~~when~~ They left me there for 2 weeks in efforts to get rid of me. This psychological warfare and abuse in my family has gone on since I was a toddler. Then as I grew up, I was treated as the aggressor, when it was Heather the whole time. The breaking point for me was when she moved back from Canada and I found out who my real father is, Brigadier General Juan L. Griego. Heather then teamed up with her sister Kirsten Peterson and my ex girlfriend Shayla Behrman in a conspiracy to illegally

④

have me arrested using a bully scheme. David wanderznik
stalked me on the internet years later & told FBI
agent Eric Birse it was me who was the stalker, yet
David admitted to Eric that he had contacted Heather and
Shayla. Heather and Shayla began the smear campaign
online by claiming that I was a child molestor, rapist,
meth addict, heroin addict, stalker, ~~schizofrenia~~ schizofrenic,
had multiple personalities, delusions of grandeur, murderer, psychotic,
a theif, and so on. They posted this online and filed
false accusations in court. They threatened my customers
and used Shayla's glass blowing friends who paide themselves
as dispensaries to ruin my finances and harass me.
The police & FBI claimed this as civil. People from their
group told me they were planning to murder me and harass me
until I killed myself, was institutionalized and driven crazy,
or ended up in jail. They threatened to rob me and assault
me, then accused me of having guns and violating this
illegal restraining order Heather filed without serving me.
I was attacked, my truck was robbed, and they did in
fact rob my business after they had me arrested. David
bragged about getting Deniece Waidhofer to kill herself
and used fake accounts to pretend to be her in efforts
to catfish me and then hacked us both. David then
told Eric it was me who hacked Deniece & fabricated
a story full of lies to cover up the truth. They accused
me of what they had done. David even asked Eric
to "pull some strings" to have me arrested illegally.

(5)

This is proof of conspiracy. Eric then claimed I had
hacked Deniece's instagram and my instagram showed
that I was in Michigan. I was not in Michigan &
Eric Bruce lied by stating I was stalking David with
murderous intent. IF anything, it proves David hacked
my instagram profile and E.B. formed a bias against
me stemming from hatred harbored by David, Shaylan
and Heather. Kirsten was extremely jealous that I had
traveled the world and was running for President,
because she has picked on me and bullied me most of
my life for having Red hair and because Heather
bullied and picked on her as a kid.

   Heather has psychological issues she didn't tell Dr. Larson
about. She has had these issues since prior to me being
born. IF I had to guess I would say she is bipolar
with psychosis rendered from drug usage because she has
reported seeing things that are not there, such as claiming
she saw me spying on her in her backyard on 2 occasions and
put this on record. This also would mean she has delusions and
paranoia possibly from onset schizophrenia. Kirsten stated that
she has numerous psychotic issues ranging from bipolar to personality
disorder. David stated he is schizophrenic when interviewed
by the FBI. Shaylan claimed she is suicidal and I know she
is bipolar. They all have serious psychological disorders and own
guns. None of their statements are reliable as testimony
and their psychological issues make them unfit to stand trial.

⑥

They all have made inconsistent statements, which is easy
to prove because their lies have backed them into
corners. They all conspired together and proof is in
the statements they have made to the FBI. I have more
evidence of their bullying schemes and lies on my
phone & the information in the criminal complaints is
inaccurate and contradicts the facts. This is a criminal
act to have me arrested under such fabricated lies and
false statements using conspiracy with a smear campaign.
I am innocent and need to be released. The longer I am
detained, the more it will cost the government and it
will lead to massive embarrassment for the actors involved
whether it be witnesses or government agents. I cannot
stop the massive publicity and people will be outraged over
the circumstances surrounding my arrest and Deniece's
death. The government could have prevented her death, yet
fell for gossip instead. Deniece was extremely famous
and I was in fact running for President. I did not stalk
her and the circumstances were highly exploited and
manipulated. I have evidence of what actually happened
and the government is trying to bully me into a plea
and withhold evidence. I will not give in until I
am given my fair chance of defending myself because
I know what I have on my hard drive and thumbdrives
as well as my phone and backed up online. Eric Bruce
committed a crime and did so knowingly by falsifying    ⑦

evidence. I can prove many police officers involved are corrupt and committed crimes as well. Not to mention the fact that I was coerced into sending these messages to David while he was manipulating Eric Bruce. Also, the fact that I was in Colorado when I messaged Shayla and was in New Mexico when I messaged Kirsten, means that interstate communications does not apply. I was in New Mexico after 2020 and had Nexus in Colorado for my business. Shayla lives in Colorado and Kirsten lives in New Mexico. I did not stalk anyone, and most of the messages I sent went without a reply. For all I knew they had blocked me. There is also a factor of auto texting involved and automated suggestions by my smart phone. A.I. had a lot to do with it, I could not physically type that fast, nor even really give any thought to my texts, which is why there are so many of them. A large part of this case has to do with sarcasm and politics combined with the deception of others to infer a false persona regarding texts I sent in regards to the psychological political landscape. I did not mean for these things to be taken out of context to portray me as a threat. It is obvious that the alleged victims have studied some law and then made up lies to add a fictional basis of things past more texts. Kirsten and Heather have formed a pattern of practice of this legal abuse. They have said similar things to me, of which I was referring to.

⑧

They know a third party would not have any idea of these things. Such as Kirsten saying she would antagonize and pick on me till death, or Heather commenting about running people over while she was driving and stating that the elderly and disabled were "extra points". She was reffering to the amont of bad drivers in Albuquerque and bicyclists who had been run over. IF I had of left the second part of that story out and then claimed she was a crazed psychopath who had every intention to run people over, the context would be out of the frame of referance. Heather, Eric Bruce, Kirsten, AUSA, Shayla, David, and others have done exactly this to frame me in effort to justify their attacks, negligence, and illegally having me arrested. Heather for instance claimed she had called 911 on me in 2014 because I said I was going to run people over in my new car. She told Dr. Larsen this fake story and when the ambulance arrived I was smoking a cigarette and was suprized they had shown up. This is just one instance of Heather's bullying tactics using the police force, courts and FBI to make me out to be a dangerous risk. Kirsten used a similar tactic in 2019 by claiming I thought I was the president of the USA. She called homeland security, the embassy of the U.K. and 3 police officers claiming I was out to kill her. She lives in New Mexico & I was told at immigration. I had no idea why they held me and prevented my entry. Kirsten and Heather

⑨

were behind it & they tried to claim I had been arrested and kicked out of the country, as if I had done something to get arrested, then used this to block the appeal of my detention. They then manipulated Dr. Larsen, who just took their word for it & claimed that I had attacked Kirsten & tried to throw her off a building & threatened her from jail. None of these things are true & they are guilty of obstructing justice and lying to federal officers. They should be held in contempt, along with Shayla and David. The fact they haven't been is proof of bias, prejudice, and an injustice being used to harm me and my reputation. Dr. Larsen has a job to ensure this doesn't happen, and Dennis Candelaria should have appealed and objected to Dr. Larsen's report. They did nothing to look into any of this. Shayla also made up more gross lies, such as saying I played with her feet and other ridiculous claims that I was hit in the head by her with a vase. They are just trying to make me out to be crazy or wreckless. I am sick of it. The courts should have zero tolerance for such outrageous lies and hold a higher standard from court appointed doctors and attorneys. I could just as easily accuse them of being cold blooded, raping, meth addicted serial killers, offer no evidence, and claim they need to be locked away and tried for being a danger to the community with the rules being broken

(10)

This, in fact, is exactly what has been done to me. Yet I highly doubt they will be arrested under such a basis of my claims. If I get 30 other people to make the same false reports, then I would in fact be conspiring to violate the law, which is exactly what has been done to me. They need to pay for the damages they caused. I told them I would sue if they didn't stop, they didn't stop, and now I am suing. I sent them cease and desist letters and they found it funny, and now have made a joke of the judicial system. The alleged victims who have co conspired still think this is funny and have continued lying and making me out to be a threat, of which I am not. This conduct is what started the whole thing to begin with. They antagonized me and I used their jokes back in texts, they then used this against me. I have lost everything and an entire year of my life, yet they still want to see me suffer. They will not stop until I am dead. I have more evidence to prove my side of things than the government is willing to admit. In the most recent criminal complaint, Eric Bruce mentioned the Facebook post that made the situation dangerous, of which Shayla's friend Jesse Mason posted and went viral. Eric cropped the image to deceive the judge. The bottom of this post has 1,600 reactions, mostly laughing emoji reactions, and thousands of comments. More fabricated evidence, done with the sole intent of framing me to make

me out to be crazy. His introduction of claiming me
as obsessed with Shayla and Denise is proof of bias. Eric
Bruce is more than likely connected to their group, their
group claimed to have friends in the FBI and the more
evidence I see, the more I realize this to be true.
What Eric Bruce & their group has done is illegal. Dennis
Candelaria might be too scared to expose them, I however
am not. There is nothing left for them to take from me.

This outlines that my only defense was text messages. My only
intent was to get them to stop. I also realized that they, my family,
needed to be trained and prepared for anything. The political landscape
is complicated these days, and instead of them realizing the threat
they had imposed upon me and themselves using the scandalous
accusations they made up, they joined this smear campaign and
sided against me. The FBI didn't include my pleas for peace
over the numerous messages I sent telling Shayla to stop.
Shayla's intent was to destroy me, use my family against me,
then murder them. Yet, when I tried to get them to realize
this, they fell for Shayla's trap and continued spreading gossip. I
wasn't going to pay Shayla's friends extortion money, I know
what these gangs and mafias do. When they can't get
what they want from you, they start going after
your family. I've seen them do it to other glass blowers. Yet,
they then claimed I was a delusional meth addict with schizophrenia
to cover up what I reported them for. They have multiple law
enforcement officers working for them. I wish it was a delusion, but it

...is not. These things are highly documented and orchestrated. Shayla lied about rape and kidnapping, wasn't arrested for it, then put me on blast online while getting my family involved. Three weeks before Denise waidhofer died, I reported that Shayla and her group were plotting to murder her. I have proof, yet it has been kept from me after arrest. Their group also claimed to have friends in the FBI. Eric Bruce interviewed me and was very interested in the audio records I have concerning Shayla's threats. I instantly knew he would try to cover it up. Once I told him I backed everything up online, Eric Bruce's whole demeanor changed and all of a sudden he wasn't as hostile as he had been. Then when I proved that he lied about me being in Michigan, he started freaking out and spent night and day slaving away, trying to dig up anything he can to portray me in ismslight, before he realized I was going to expose him & then they fired the AUSA attorney, robbed me again, and claimed David lied to them, that I did file FBI IC3 reports, and that I had told the truth. They also admitted that David was part of a bullying scheme and Dennis Candelaria tried to help them cover up their purposeful "mistakes" by claiming the FBI "didn't do their homework". When I refused to sign a plea, they immediately signed my release form and tried to buy time by calling me crazy and getting Heather, Shayla, and Kirsten involved as well as spreading more lies and drama based gossip in court. Even going as far as admitting they were

(13)

incompetend and that a proxy server is just a bunch of letters to them. How could they not know what a VPN is in their line of work in this day and age, especially when Eric has an explaination of what a VPN is in the affidavit. As if Dennis Candelaria and the AUSA attorney don't know how to read. I am not the aggressor, and Shayla is not some innocent female or damsel in distress. I was trying to prevent a bad situation and stop a potential threat, yet was made out to be a criminal by the wrongdoing of others who did and still have criminal intent. It makes no sense for the FBI to prevent me from proving this. The FBI is supposed to go after criminals, not arrest the people trying to stop them. I was informing the FBI for years, to the point I realized they would not do anything to help me and I would have to investigate and document the crimes myself. Their group of thousands of people threatening me is much greater of a threat than I could ever become. I was never a real threat and I had no intent to become one. I was stabbed in the back by the very people I was informing and helping to solve crimes. They didn't believe me or help me, I told APD I was going to sue because they could have helped and prevented Denises death. They chose to ignore me and write me off as crazy. There is a method to my logic & without it, I would not have gotten these criminals to confess to getting Denise to kill herself with intent to murder me and my family next for Shayla using David and my family. I collected evidence of this and it has been withheld since my

(14)

arrest, Denise knew that was going to happen, & there were numerous police officers involved. I gathered evidence of these facts and shortly afterwards, she died and I was defamed and slandered, I continued gathering evidence and the second I proved that David had done so on purpose, the FBI arrested me while monitoring and spying on me. Now they are still trying to cover it up by forcing me into a plea and withholding evidence while continuing the manipulation of claiming me as delusional. IF I was delusional, then none of this is real to begin with, All the texts I sent would be classified as delusions, and none of their baseless accusations would matter or make sense. This works both ways. Their double standards are ridiculous and the web of lies they have constructed is only going to tie them up into a corner they will not be able to lie their way out of, as it already has done.

The use of language to incite bias standards and provocation runs concurrent through the criminal complaint. The smear committee has used these provocative and aggressive standards to get a rise out of me through a method of gaslighting. Shayla's group found this amusing because they know it was upsetting, then made fun of me and shared these provocations online. The controversy that has arose is clear, yet Eric Bruce is purposely disguising their manipulative methods. I requested peace and instead they continued war. Heather, Shayla, Kirsten, and David all used

(15)

these same abusive methods. Their group explicitly stated that the purpose of such attacks was to have me illegally arrested by the cause of such turmoil. When I wasn't arrested immediately, they continued picking fights with me and harassing me, then bullying me and using abusive psychological methods. There are thousands of people in their group, of whom over exaturate things and then continually fight with me. Some would even pretend to be nice to me, just to claim I'm stupid and post the conversations in their toxictalk group. Dr. Larsen used this as an example that I was just lashing out at people online who were not involved. He has only seen one side of the equation. Their methods are highly manipulative and maladaptive. Eric Bires employed the same strategy. This is a cruel form of entrapment and their use of language in a provacative setting has been used to undermine the court and make me out to be an aggressor. They can't just antagonize and single me out to the point I say something back and label me a criminal, this is scandelous and against the law.

    Their group purposely irritated me for the purpose of transgression. They refused to cooperate peacefully and continually showed no mercy. The prejudice enacted has been passed a reasonable assumption of miscarriage of justice. They have had cruel intentions from the start. There are many factors to consider. Heather claims "She knows people who purchased guns because of me". This is misleading and not precise language. I told kirsten to buy a gun ⑯

IF I was the threat being imposed, logically, I wouldn't tell Kirsten to buy a gun. Kirsten yet, in turn claimed me as a threat, yet used contradicting statements. She claimed that when I told her I was driving past Portales on my way to Texas, somehow that I was a threat to her and she again called the police on me, yet she also claimed that I don't know where she lives. She never responded and Portales was 3 hours out of my way. I never went to Portales, I drove straight through to Houston on December 31st 2021 to meet Denice. She invited me and did in fact Facetime me. David tried to make the FBI believe I was stalking her, Denice had told me her life was in danger and David Wonderlink or Sheldon Byers were going to murder her. She stopped answering my messages after inviting me to meet her and offered to pay for my trip out there. I had suffered significant financial losses due to Heather & Shayla's smear campaign. I suspected Kirsten was involved, but had no direct evidence at this time. Kirsten told Dr. Larsen I had traveled all that way to come after her, which is a blatant lie. Dr. Larsen claimed I never Facetimed Denice and Eric Bruce claimed she had never talked to me, which are also lies. They have been trying to keep their stories against me consistent, but the evidence I have will prove these are obvious bluffs. They are trying to match their lies with David's claims, but they have in turn broken the law and code of ethics while also proving themselves as manipulators.

(17)

I understand the underlying hatred for politics, however these deceitful tactics are harmful to society. Dr. Lawson used these claims to make me out to be Delusional to match David's Story and Heathen's Story, be all of which were established as false merit, They have been attempting to persecute me and this is not a delusion, as can be proven by Kirsten's phone call to the police when I was on my way to Haston. Also, if running for President makes me delusional with borderline personality disorder, as if I was making this up, then every single person who has ran for office is delusional.

There are a fair amount of double standards and unethical practices being put into play. I should have equal rights, just as everyone else does. The standards of equality have been completely neglected in these criminal complaints and the 4 years leading up to the illegal arrest that has placed me in Jail for the past year without any legal process whatsoever. I have been held indefinitely without a legitimate cause, reason, or purpose. It is no wonder that our nation's debt is so high right now and the proper solution is not being put into play. I am innocent. The parties involved threatened me, harassed me, filed false police reports, and had people stalk me as well as attack me. They robbed me, ~~stalking me~~ threatened to kidnap me, blackmailed me, hired people to spy on me, and they were granted restraining orders and used deranged accusations to have me arrested, while manipulating me and using law enforcement as their personal task force. Yet, when I filed reports, my reports were disregarded. ⑱

When I was stalked, attacked, and filed restraining orders
I was not granted equal protection. I told the truth, yet
was labeled as delusional, whereas they told a bunch of
obvious lies and they were treated with respect and dignity.
They claim to be crazy and are treated with hospitality and
kindness, I am accused of being crazy and am treated as
an immediate threat. They ~~robbe~~ robbed me twice and
~~nothing~~ is done about it. I'm accused of wanting to rob
my grandparents ~~and~~ just for ringing a doorbell after their
neighbor told me to check up on them and I'm made out
to be the threat while I was doing good deeds for the
community. They file restraining orders using blatant lies and
misinformation along with drama and fraudulent information
and are granted ~~the~~ the orders. I file restraining orders after
being assaulted, harassed, bullied and threatened and I'm denied
protection. They buy guns and claim it's for protection, then
accuse me of having guns and claim I'm a threat and
need to be arrested, when my life was actually in danger and
I didn't have a single gun to defend myself against the
threat they imposed on me. I tell people I was being watched
and followed by the FBI thinking they were protecting me,
yet get labeled as delusional and schizophrenic, when in fact
the FBI were spying on me, but not for my protection.
The amount of double standards is numerous in this case.
I am shocked and amazed that this government has done
this to me and that they are letting these criminals walk,
while I sit in jail and hear about them robbing me and lying.

(19)

There is the issue of Shayla's group messages on Facebook that were also not disclosed to the court, yet were found in the discovery. Doug Herman told the group about where I lived and showed my address after one of Shayla's friends incited to beat me up and rob me or murder me over her false rape accusations. Doug claimed he had received messages from me, but blocked me and then unblocked me because he found it funny. Then, they later claimed the messages were threats, yet found it funny that they had ~~one~~ driven me insane. The group commented about continuing their threats and harassments in a gang type manner for entertainment to bully me. Doug owns a supply store in Albuquerque and is in competition with my brand. Shayla's ~~mom~~ mom used this information and hired a Private investigator to collect information on me, that she shared online with the group, including David Wonderink. Eric Bruce claimed I was the one stalking them and had gone to Michigan to collect information on David to murder him, yet in the discovery Shayla's group was doing this exact thing to me. I was not in Michigan and no one in Shayla's group has been arrested, even though the FBI has clear and convincing evidence that they plotted to murder me and took steps in collecting information about my daily routines to commit felonies against me, which they did in fact ~~carry~~ out.

There is also the issue of ~~scribbled out~~ Kathleen Peterson's faulty claims and accusations. I knew she and the rest of the Peterson's were telling the FBI false



(20)

claims to make me out to be a dangerous threat, I commented regarding these false accusations by stating, "What are you trying to do, have me cop suicided." My grandma told the FBI this meant I had guns and was going to kill myself. I was talking about APD's shoot to kill policy, shoot first and ask questions later, I also was ~~after~~ referring to their false reports, letting her know I was well aware of their lies. Kathy also claimed that I had dropped out of school to smoke meth and that she paid for my college tuition. None of this is true, I have never smoked meth in my life. It is annoying to be constantly bullied and accused of such nonsense. I wasn't kicked out of school and I didn't drop out. She never paid one cent of my tuition. They lied about me having psychological issues and having guns. The FBI and Doctors relied on these wrongful tort accusations. They never tried to verify any of it, because it can't be verified and lacks truth or merit.

I have had to deal with this day in and day out for years, which is why I don't talk to them anymore. They are detrimental to my health and well being. It is their intent to be, because if they can make me out to be as crazy as possible, they with their 30 year arguement of falshood through bullying and manipulation using psychological warfare strategies. This is precisely what has occurred. It is a well known fact that the more someone is barraged with negativity and hate or invassed nonstop using such accusations, their health will be severely affected. I use a method of talking back to these hatful accusations; because it is healthy for my psychology. Their groups used provocation to create extreme psychological tension and tested which has had the greatest overall impact on me or others.

Somehow, they have constantly evaded consequences as if they are above the law. They don't define me, I am above that influence. I was not "obsessed" I                (21)

was irritated and wanted them to leave me alone. I spent 6-8 hours a day for three years just blocking people and reporting their posts. Shayla's group created anarchy using degenerate methods, of which their group, "Torchtalk", is known for. Placing me in jail is wrong, they robbed me and I want my stuff back. I had tons of art, equiptment, lab equiptment, tools, recording studio equiptment, vehicles, furniture, and everything I needed. All that work just to get taunted, tormented, robbed, bullied, made fun of, attacked, threatened, put in jail, and ~~think~~ labeled a delusional threat. All I was trying to do was dispell rumors.

All of this propaganda and extrapolated rumors just to show their all inclusive contempt and hatred for politics. They have ill intention using manipulations to ruin my goals for an illegal investigation. Not to mention the pattern of illegal police conduct towards me since 2006. They spy on me, follow me around, bully and harass me, search my vehicles, give me tickets, impound my vehicles, accept false reports, and not once have they had an actual justifiable reason. They have tried and tried to make up excuses, and this time went as far as fabricating evidence and used fictional claims to arrest me. None of the reports match up. There is a ton of conflicting evidence. They allowed me to be attacked and robbed, allowed the destruction and theft of my property, then claimed it isn't a crime. Now they created this botched job for political discourse and are doing everything they can think of to beat me down mentally and ruin my moral. Including stealing money from my inmate account and transferring me.

All of these things in consideration, violate §1010≥ Interference with Freedom of elections through the use of intimidation or coercion. Violation of §1038 deprivation of rights through conspiracy. The use of Pretrial detention holds under an arbitrary detention by delaying forensic evaluation

is a breach of duty. This case is a breach of privacy in violation of §1030, Fraud and related activity in connection with computers. The information regarding Operation warp speed is restricted data. The Formula itself is national defense information in connection with foreign relations under the Atomic Energy Act. Under this Act, Research and development is considered to be restricted data. "The President shall direct the transfer to the commission of all interests owned by the U.S. or any Government property under agency concerning the following: (1) Fissionable Material ... and sources thereof whether patented or unpatented ... including patent applications and tech info". The whole reason Dennis Candelaria raise competency is because I told him certain patents, like my patent pending, has to go through the President of The USA. He instantly began arguing with me and claimed that the patent process doesn't work that way. He is right, but my patent is different. I am more competent than he is. He doesn't know patent laws or the laws behind the Atomic Energy Act. I do because my grandfa Petersen works in Nuclear Physics and invented a nuclear reactor the size of a oil barrel. My patent on the warp speed Formula is directly associated with Atoms and subatomic particles. Hence why Operation WARP Speed was based on my formula and the first person I took it to was my dear old grandad. My Story isn't that delusional. Even unpatented, the president of the USA according to the law has to approve it. It is the law. Dennis Candelaria didn't do his homework and is incompetent. All he had to do was call the patent office and look it up to see if I was delusional or not. I knew the

(23)

law and his ignorance doesn't make me incompetent, I should get a scholarship and fellowship, not prison time. Donald Trump did in fact approve Operation Warp Speed. It is protected data.

The FBI blindly followed David's lies for an excuse, I never threatened to rape and murder his family on Twitter or anywhere else. He messaged me more than 2-3 times, Eric Bruce conspired with David to commit an injurous falsehood, as can be seen in the discovery and emails. They can't just rewrite history. I have loads of proof. I have every right to diplomatically protest what has been done to me. This has undermined the purpose of the Justice System using systemic divisions of control to manipulate the laws to favor one sided perspectives. This also gives rise to mens rea because the culpability is based on extreme mental and emotional disturbances caused by the alleged victims. They started with allegations of child abuse without physical evidence or witnesses. Shayla's kid was only 3 years old and she had part time custody. Clearly, her father would have immediately noticed. They waited over 42 months to accuse me, until I started running for president, none of this was ever mentioned. Then Shayla told Mr. Larsen that her daughter had never been abused. Shayla and Heather lied and this is an impeachable offense. As a presidential candidate, no matter major nor minor of one, I have been defrauded by the government.

Judge Comstock in Union Square stated, "A presidential candidate defrauded by the military (or FBI) interference shall be borne into the white House by the hands of the people". This matter had nothing to do with delusions. It had to do with fame. Psychologists are only accurate 38% of the time in risk assessments, and forensic psychology has proven that alleged delusions, are not a risk factor or sign of dangerousness, especially when they are not delusions. (54)

It has to do with Fame and Publicity. "It takes an incredibly grounded person to survive the impact of Fame" — Dr. Donna Rockwell (Clinical Psychologist who specializes in mindfulness and celebrity mental health - Michigan School of Psychology). "Fame is like hitting a wall in the human psyche, emotional presence, and understanding, and causes drastic changes in interpersonal relationships." "It would be good for a person to have a well grounded childhood, but that doesn't create any sort of barrier against having the same things happen to them after Fame hits." "The immediacy and constancy of social media has murdered privacy, especially for the famous. In it's place is a symbolic relationship with a power-hungry hive-minded public that is quick to opine and judge because they regard intimate knowledge of every detail of a celebrity's life as their right." — Not Afraid by Anthony Bozza

"It's difficult to navigate, and makes pre-existing conditions worse by taking away the normal mirroring we get from our environment." "There are so many yes men that any chance of knowing or being able to do "the right thing" becomes more elusive." - Bozza. I was famous enough that I was in thousands of news channels online, had over 100,000,000 streams on my first DJ album, had a collection of over 1,000,000 followers through all of my profiles. Some of my profiles were deleted and gained 250,000 followers within a week or two. I have connections with celebrities who I paid to promote me through numerous avenues and I was gearing up for a tour to play on stage, then begin my campaigns in person. So many rumors were spread, I couldn't keep track of them all. Then Denisce had a huge problem already, which only made matters worse, she had 4.5 million follows on instagram alone. That is why I began looking for a body guard and how I met Neil Westbrook. His testimony is proof.

(25)

I had a ton of problems because of fame. Such as David wundrwink always prying into my life and making up rumors. Even Cooper Johnson, my friend from childhood was jealous. He claimed I couldn't be famous because of the car I drove. I could have bought a new mercades with the money I spent advertising. Jeff Bezos is the richest, 2nd richest man in the world and drives a honda CIVIC. Cooper even tried to claim that he was my mentor, which is far from the truth. I hired him to do some roofing jobs and teach me some roofing, but mentor takes it a little too far. The effect of even a slight amount of fame completely changes the way people act or talk about you. Cooper also didn't listen when I told him people online were spreading rumors about Princess Diana being my mom. He saw the effect of it on me because it got in the way of everything I did and was annoying, but sometimes it's just easier to play along than argue with thousands of crazy people online. To me it was whatever got them to talk about anything other than Shayla, Heather, Deniece, or anything nasty. It ruined my glassblowing career because they constantly harassed my online customers or fans. Even when I pulled back from the spotlight, David still made me out to be a threat when he contacted the FBI. So even when I ignored social media, somehow the FBI claimed that meant I was always up to no good, what I was actually doing was helping people with tasks such as moving, painting, or organizing old ladies garages. He literally was stalking me, why would he care so much what I was doing and constantly annoying me, threatening me, then reporting my responses to the FBI.

Let's take the rapper Eminem for instance. His lyrics are for verbatim, "I am whatever you say I am, in the news, the paper, every day I am, I don't know it's just the way I am." or "Cut your F*cking head off and ask where I'm headed off to. Get it? Headed off to?" or in December 2003 when the secret service looked into Eminem allegations of "we as Americans" was a threat to president Bush, "F*ck Money/I don't rap for dead presidents/I'd rather see the President dead/It's

never been said, but I set precedents" - Ultimately this investigation was dropped."
- Not Afraid, Anthony Bozza. Just as the investigation on me should have been. I am addicted to writing and using plays on words. I am an artist and aspiring musician, it's what we do. Mix politics into the mix a huzzah, you end up in jail. Just about everyone wants a piece of the story. It sucks. According to ~~Elonis~~ US vs. Elonis, "wrongdoing must be conscious to be criminal" - 875(c). My words are not in a conscious mind of criminal intent to issue a threat. The FBI should know this, but obviously since he brought the case against me, he had to bring something to the table after he applied for the warrant and didn't find what he was told he would find. I can understand why he made up such nasty allegations, but it just is not true or supported by facts. Under 875(c), there must be a serious expression of intent, which does not exist. That is why there are so many inconsistencies, lies, and manufactured claims. It just doesn't match up, which will be apparent when I introduce my evidence. My behavior needs to be taken in the totality of circumstances. David Windanink laughed at the majority of the messages, in the complaint you can't see his responses, but in my screenshots, you can.

"No one will think Eminem plans to lynch Lindsay Lohan with 66 inches of extension cord in 'same song and dance'. All those "inch" sounds don't make this witless fantasy as interesting - nevermind laughworthy - as any of Eminem's songs on his previous albums"
- Robert Christgau - All Things Considered. "Harrison Ford once said that being famous is like walking down the street with a skunk on your head". It's enough to live life, but to live it in front of everybody is something else. To make mistakes in front of everybody. It is not easy, and it takes tremendous courage and bravery to keep walking with a skunk on your head." - Dr. Donna Rockwell.

- Patrick Bell                                                                    (27)



Patrick Beck #08984-510
FMC Fort worth
P.O. Box 15330
Fort worth, TX 76119

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 11 2023

MITCHELL R. ELFERS
CLERK

US Courthouse Office of Clerk 87102-227470
333 Lomas NW
Alb, NM 87810

87102-227470