FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 7 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 24-1207 DHU |
| vs. | ) Counts 1 and 2: 18 U.S.C. §§ 2261A(2)(B) and 2261: Cyberstalking. |
| **PATRICK BECK,** | ) |
| Defendant. | ) |

# INDICTMENT

The Grand Jury charges:

## Count 1

From on or about April 12, 2021, and continuing to on or about June 24, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **PATRICK BECK,** with intent to harass, intimidate, and place under surveillance with intent to harass and intimidate Jane Doe 1, used any interactive computer service, electronic communication service, and electronic communication system of interstate and foreign commerce, to engage in a course of conduct that placed Jane Doe 1 in reasonable fear of serious bodily injury, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Jane Doe 1.

In violation of 18 U.S.C. §§ 2261A(2)(B) and 2261.

## Count 2

From on or about April 12, 2021, and continuing to on or about June 13, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **PATRICK BECK,** with intent to harass, intimidate, and place under surveillance with intent to harass and intimidate Jane Doe 2, used any interactive computer service, electronic communication service, and electronic

communication system of interstate and foreign commerce, to engage in a course of conduct that placed Jane Doe 2 in reasonable fear of serious bodily injury, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Jane Doe 2.

In violation of 18 U.S.C. §§ 2261A(2)(B) and 2261.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney